**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ERICK DALVI ACEVEDO
TERRERO,

    *Petitioner,*

    v.

JOHN TSOUKARIS, *et al.,*

    *Respondents.*

HON. EDWARD S. KIEL, U.S.D.J.

*Civil Action No.* 26-1409 (ESK)

## ORDER

Upon consideration of the Consent Motion to Transfer Venue to the Eastern District of New York it is hereby **ORDERED** that the Consent Motion is **GRANTED** and this action is **TRANSFERRED** to the Eastern District of New York.

Dated: **February 13, 2026**

*/s/ Edward S. Kiel*

HON. EDWARD S. KIEL
UNITED STATES DISTRICT JUDGE